UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

Case No.: MC-00053-SDD-SDJ
RF# 744 413 755 US

MOTION TO DISMISS AND SEAL CASE

RECEIVED APR 3 0 2025 U.S. DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA DEPUTY CLERK

To:

Scott D, Johnson

United States District Court

Middle District of Louisiana

777 Florida Street

Baton Rouge, Louisiana 70801


FROM:

Carol Wood, Living Woman, Authorized Representative

Subrogee

c/o Private Trust RF#744 414 447 US

5000 West Esplanade Avenue, Suite A, Box 166

Metairie, Louisiana 70006

COMES NOW, Carol Wood, a living woman and Authorized Representative to the ALL CAPS name, appearing in good faith and in honor, and respectfully submits this Motion to Dismiss and Seal the above-referenced matter.

This matter was initiated solely to record miscellaneous lawful documents. To the best of my knowledge, no pleadings or adversarial claims have been filed beyond the original filing and related fees. No controversy or lawful dispute has been brought before the Court.

Despite this, references have been made within court documents that suggest legal positions or characterizations not asserted by the Trustee. These include:

1. Comprehension of Equitable Subrogation

The case record refers to equitable subrogation and provisions such as UCC 3-311, LA R.S. 10:3-311, LA R.S. 6:341, and Civil Code Article 3079.

2. Mischaracterization of Status

The label "Sovereign Citizen" has been applied without basis. This terminology carries a negative connotation, is inaccurate, and may bring unwarranted harm to the Trustee, the Private Trust, and its Beneficiaries.

3. Confidentiality of Trust Matters

This matter involves a Private Trust, and further public association or documentation could compromise privacy protections and fiduciary responsibilities. Continued public reference may result in undue harm to the Trust or its parties. Some of these documents contained within are Trust Res.

4. Name Correction

Lawful notices of name correction were provided to the Attorneys General and Secretaries of State of Louisiana and Mississippi.

Accordingly, I respectfully request the following Equitable relief:

- That Case No. MC-00053-SDD-SDJ be DISMISSED in full;
- That the case record be SEALED to preserve the privacy and protections due to the Private Trust and associated parties within Fourteen days of receipt of this motion.

No lawful controversy exists. The filing was lawful in nature intended for recordkeeping only.

Silence is acquiescence and dismissal

Respectfully submitted,

*By Carol Wood, Subrogee*
*Special Deposit*

Carol Wood, Living Woman

Authorized Representation

Subrogee,

Trustee of Private Trust
All Rights Reserved
Date: April 14, 2025

..........................................

Scott D. Johnson

United States District Court

Middle District of Louisiana





c/o 5000 West Esplanade
Ste A - Box 166
Metairie La 70006

Scott D. Johnson
United States District Court
Middle District of Louisiana
777 Florida Street
Baton Rouge, Louisiana
70801

SCREENED
OK
U.S. MARSHAL

Atti Clerk of Court

**93300007**
**Utility Mailer**
**10" x 14"** (usable inside dimension)

♻ Please Recycle

Utility Mailer

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Attn: Judge Johnson
Louisiana Middle District
Division
777 (Florida St)
Baton Rouge, La 70801

9590 9402 8833 4005 8514 01

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

PS Form 3811, July 2020 PSN 7530-02-000-9053

Visit USPS.com® for Shipping Supplies & Services

TAB TO OPEN

AIC-093
Product Code 9330007 – March 2019
www.usps.com
A product of the United States Postal Service®
MADE IN THE U.S.A.

**FROM:**
Chemeka Brown
P.O. Box 202
LaGrange, Ga [30240] Non-domestic

**TO:** Judge Johnson
Louisiana Middle District Division
777 (Florida St.)
Baton Rouge, La. 70801
Attn: Judge Johnson

SCREENED
OK
U.S. MARSHAL

U.S. POSTAGE PAID
FCM LG ENV
LAGRANGE, GA 30241
APR 14, 2025
$10.99
S2324E500160-4

ReadyPost
Utility Mailer
10 1/2" x 16"