UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IN RE:                                                                                                    MISC. ACTION

CAROL ANNE WOOD                                                       23-53-SDD-SDJ

### RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Scott D. Johnson dated March 28, 2025. The plaintiff filed no opposition to the *Report and Recommendation*, however, filed a *Motion to Dismiss and Seal Case*.[2]

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein. The Court grants the Plaintiff's *Motion to Dismiss* but DENIES the *Motion to Seal*.

**ACCORDINGLY,**

**IT IS ORDERED** that this matter is DISMISSED WITH PREJUDICE as frivolous.

Signed in Baton Rouge, Louisiana, on this 26 day of June, 2025.

                                                                *[signature]*
                                        **CHIEF JUDGE SHELLY D. DICK**
                                        **UNITED STATES DISTRICT COURT**
                                        **MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 6.
[2] Rec. Doc. 16.